228

The EDGEWATER HOSPITAL, INC.
Plaintiff–Appellee,

v.

Otis R. BOWEN, M.D., Secretary of
Health and Human Services,
Defendant–Appellant.

No. 87–1699.

United States Court of Appeals,
Seventh Circuit.

Sept. 15, 1988.

Rehearing and Rehearing En Banc
Denied Jan. 10, 1989.

PARTS AND ELECTRIC MOTORS,
INC., an Illinois corporation,
Plaintiff–Appellee,

v.

Before CUMMINGS and FLAUM,
Circuit Judges, and GRANT, Senior
District Judge.*

ORDER

The Opinion of this court issued on September 15, 1988, 857 F.2d 1123, should be amended as follows:

Page 1134, first full sentence at top of col. 2 should be modified to read as follows:

Third, we hold that, since the Board has jurisdiction to review any matter covered by the cost report at issue, *see* 42 U.S.C. § 1395oo(d); *Bethesda Hospital [Ass'n v. Bowen,* — U.S. —] 108 S.Ct. [1255] at 1259 [99 L.Ed.2d 460 (1988)], it certainly has jurisdiction to review the properly claimed cost items of Edgewater Hospital.

* Honorable Robert A. Grant, Senior District Judge for the Northern District of Indiana, is   sitting by designation.